| AO-10 (WP) Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111) |
|---|---|---|
| | FOR CALENDAR YEAR 2004 | |

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sneed, Joseph T. | Ninth Circuit | 8/12/05 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Circuit Judge | ___ Nomination, Date _____<br>___ Initial  X Annual  ___ Final | 1/1/04 to 12/31/04 |

| 7. Chambers or Office Address<br>P.O. Bpx 193939<br>San Francisco, Ca<br>94119-3939 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date_____ |
|---|---|

IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| X  NONE  (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☐  NONE  (No reportable agreements.) | |
| 1 | |
| 2  1957-1973 | **TIAA/Cref Vested Pension Rights** |

RECEIVED 2005 AUG 22 A 11: 17 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| **A. Filer's Non-Investment Income** | | |
| ☐  NONE  (No reportable non-investment income.) | | |
| 1  2004 | TIAA/CREF Pension | $ 48,013.63 |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | |
|---|---|
| ☐  NONE  (No reportable non-investment income.) | |
| 1 | |
| 2 | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Sneed, Joseph T. | 8/12/05 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | [X] NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | [X] NONE (No such reportable gifts.) | | |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |
| | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 | [X] NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=25,000,001-50,000,000   P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Sneed, Joseph T. | 8/12/05 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 BP America, mineral rights, Moore County, Texas | A | Royalty | J | W | | | | | |
| 2 Anadarko Petroleum, min rgts, Moore Co., Tx | D | Roy. | M | W | | | | | |
| 3 Bilbrough Marble, min rgts, Moore Co, TX | A | Roy. | J | W | | | | | |
| 4 Bird Creek Resourses, min rgts, Moore Co, TX | A | Roy. | J | W | | | | | |
| 5 Chesapeake Operating, min rgts, Moore Co, TX | E | Roy. | L | W | | | | | |
| 6 Westpan Resources, min rgts, Moore Co, TX | E | Roy. | L | W | | | | | |
| 7 Duke Energy, min rgts, Moore Co, TX | A | Roy. | J | W | | | | | |
| 8 Lasater & Co, min rgts, Moore Co, TX | A | Roy. | J | W | | | | | |
| 9 Conoco Phillips, min rgts, Moore Co, TX | C | Roy. | K | W | | | | | |
| 10 Albertson's, common stock | A | Div. | K | T | bought | 1/29 | J | | |
| 11 Bellsouth, common stock | B | Div. | L | T | | | | | |
| 12 ChevronTexaco, common stock | B | Div. | L | T | | | | | |
| 13 Coca Cola, common stock | A | Div. | K | T | | | | | |
| 14 Computer Sciences Corp., common stock | A | Div. | L | T | | | | | |
| 15 DuPont, common stock | B | Div. | L | T | | | | | |
| 16 Dover, common stock | A | Div. | | T | sold | 1/29 | K | J | |
| 17 ExxonMobil, common stock | A | Div. | L | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Sneed, Joseph T. | 8/12/05 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of*
*spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 General Electric, common stock | B | Div. | M | T | | | | | |
| 19 Grainger, common stock | A | Div. | K | T | | | | | |
| 20 Hewlett Packard, common stock | A | Div. | L | T | | | | | |
| 21 Home Depot, common stock | A | Div. | L | T | | | | | |
| 22 JP Morgan Chace, commons stock | B | Div. | L | T | | | | | |
| 23 Lincoln National, common stock | B | Div. | L | T | | | | | |
| 24 McDonald's, commons stock | A | Div. | L | T | partial sale | 1/29 | J | | |
| 25 Merck, common stock | A | Div. | J | T | | | | | |
| 26 Pitney Bowles, commons stock | B | Div. | M | T | | | | | |
| 27 Proctor & Gamble, common stock | B | Div. | L | T | | | | | |
| 28 SBC, common stock | B | Div. | L | T | | | | | |
| 29 Safeway, common stock | A | Div. | K | T | | | | | |
| 30 Union Pacific, common stock | B | Div. | L | T | | | | | |
| 31 Xcel Energy, common stock | B | Div. | L | T | | | | | |
| 32 3M Corp., common stock | B | Div. | L | T | | | | | |
| 33 Palo Alto USC, 5.375%, 8/1/07 | A | Int. | K | T | | | | | |
| 34 California State, 5.0%, 10/1/07 | A | Int. | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Sneed, Joseph T. | 8/12/05 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 California State, 5.0%, 10/1/07 | A | Int. | J | T | | | | | |
| 36 Claifornia HFA, 4.6%, 8/1/09 | A | Int. | J | T | | | | | |
| 37 California Housing, 4.6%, 2/1/10 | A | Int. | L | T | | | | | |
| 38 San Jose, CA 4.0%, 3/1/10 | A | Int. | L | T | | | | | |
| 39 U.S. Treasury Note 4.625%, 5/15/06 | A | Int. | M | T | | | | | |
| 40 U.S. Treasury Note 2.125%, 10,31/04 | A | Int. | | T | redeemed | 10/31 | M | C | |
| 41 U.S. Treasury Note 4.375%, 5/15/07 | A | Int. | M | T | | | | | |
| 42 U.S. Treasury Note 3.125%, 9/15/08 | A | Int. | L | T | | | | | |
| 43 U.S. Treasury Note 3.250%, 5/31/04 | A | Int. | M | T | redeemed | 5/31 | M | C | |
| 44 U.S. Treasury Note 2.750%, 6/30/06 | A | Int. | M | T | bought | 6/24 | M | | |
| 45 U.S. Treasury Note 2.250%, 2/15/07 | A | Int. | L | T | bought | 2/11 | L | | |
| 46 Merrill Lynch money market account | D | Int. | M | T | | | | | |
| 47 70& interest, ▮ acres Milam Co, TX | | none | L | W | | | | | |
| 48 50% interest, ▮ acres Milam Co, TX | | none | L | W | | | | | |
| 49 Wells Fargo checking account | A | Int. | K | T | | | | | |
| 50 Wells Fargo money market account | A | Int. | J | T | | | | | |
| 51 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ███████████████████████    Date 8/12/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544